JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAN KHADEMI,<br><br>            Plaintiff,<br><br>   vs.<br><br>HYUNDAI MOTOR AMERICA; MISSION HILLS HYUNDAI, a business entity form unknown; and DOES 1 through 125, inclusive,<br><br>           Defendants. | **CASE NO. 2:20CV07172RSWL (AGRx)**<br><br>Assigned to: Hon. Ronald S. W. Lew<br>Courtroom: TBD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [F.R.C.P 41(A)(1)(A)(II)]** |

Pursuant to the Joint Stipulation for Dismissal of the Entire Action with Prejudice submitted by the parties to the above-captioned matter, the Court hereby Orders that the above-referenced action is hereby dismissed with prejudice, with each party bearing that party's own fees and costs.

**IT IS SO ORDERED.**

DATED: February 1, 2022          */S/ RONALD S.W. LEW*

                                   Honorable Ronald S. W. Lew<br>                                   United States District Judge

**[PROPOSED ORDER] GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [F.R.C.P 41(A)(1)(A)(II)]**